IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA CISNEROS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>Defendant. | 1:10-cv-2357 GSA<br><br>**ORDER TO SHOW CAUSE** |

On December 16, 2010, Lidia Cisneros, ("Plaintiff") filed the present action and seeks a review of the Commissioner's denial of her social security benefits.  Plaintiff was previously represented by an attorney, however, the Court permitted counsel to withdraw on September 7, 2011. (Doc. 18).  On that same day, the Court issued an amended scheduling order advising Plaintiff that the opening brief was due no later than November 5, 2011. (Doc. 19). Plaintiff was cautioned that failure to file the opening brief as ordered would result in dismissal of this action. To date, Plaintiff has failed to file the opening brief pursuant to this Court's order.

Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with this Court's September 7, 2011order.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   If Plaintiff desires more time to file the brief, Plaintiff should so state in the response.

1

1 **Failure to respond to this Order to Show Cause within the time specified will result in**
2 **dismissal of this action.**

6   IT IS SO ORDERED.

7   Dated:   **November 7, 2011**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2